UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| HICA EDUCATION LOAN CORPORATION, | ) ) ) | |
| *Plaintiff,* | ) ) | Case No. 1:11-cv-287 |
| v. | ) ) | Judge Mattice |
| CHRISTOPHER J. KLUGEWICZ, | ) ) | Magistrate Judge Carter |
| *Defendant.* | ) ) ) | |

# ORDER

Plaintiff HICA Education Loan Corporation has filed a Motion for Default Judgment against Defendant Christopher J. Klugewicz. (Doc. 7). The Court referred the Motion for Default Judgment to United States Magistrate Judge William B. Carter for a Report and Recommendation on Defendant's liability for the causes of action in Plaintiff's complaint and the amount of damages, including pre- and post-judgment interest, to which Plaintiff is entitled as a result of Defendants' liability for such causes of action. (Doc. 8).

Magistrate Judge Carter filed his Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). (Doc. 9). Magistrate Judge Carter recommended that Plaintiff be awarded judgment on its claims of breach of promissory note against Defendant in the amount of $63,955.55 plus pre-judgment interest from January 31, 2012 to the date of judgment at the rate of $5.14 per day, and post-judgment interest thereafter pursuant to 28 U.S.C. § 1961. Neither party has filed objections to the Magistrate Judge's Report and Recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Carter's Report and Recommendation. The Court hereby **ACCEPTS** and **ADOPTS** the Magistrate Judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b). Plaintiff's Motion for Default Judgment (Doc. 7) is hereby **GRANTED**.

Pursuant to Fed. R. Civ. P. 58(a), the Clerk of Court is **DIRECTED** to enter a separate document entering judgment in favor of Plaintiff.

**SO ORDERED** this 4th day of January, 2013.

                                                   */s/ Harry S. Mattice, Jr.*
                                                   HARRY S. MATTICE, JR.
                                                   UNITED STATES DISTRICT JUDGE